# Richmond

## Shelby Operating Corporation v. W. T. Crosswhite, Administrator, &c.

March 4, 1946.

Record No. 2987.

Present, Campbell, C. J., and Holt, Hudgins, Gregory, Browning and Spratley, JJ.

*H. E. Widener* and *S. Bruce Jones,* for the plaintiff in error.

*George M. Warren* and *Floyd H. Roberts,* for the defendant in error.